

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2021

No. 04-21-00228-CR

Jeffrey Allen **CHANEY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A20152
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **November 24, 2021**; however, no further extensions will be granted absent extenuating circumstances.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court